

CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Abraham (Junior) Cruz   NY2555
Full Name of Plaintiff    Inmate Number

v.

Allegheny County Jail 2001-11
Name of Defendant 1

A.C.Cth.-Judge David Ronald Cashman
A.C.J.-Judge Maria N. Metzel
Name of Defendant 2

Warden
Name of Defendant 3

Guards (a few)
Name of Defendant 4

Nurses and Psychiatrists
Name of Defendant 5

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 1:21CV 344
(to be filled in by the Clerk's Office)

(X) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
SCRANTON
FEB 22 2021
PER _____
DEPUTY CLERK

I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

__X__  Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

__X__  Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

__X__  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Cruz, Abraham
Name (Last, First, MI)

NY-2555                    Allegheny Co. Jail #99357
Inmate Number

State Correctional Institutional at Dallas
Place of Confinement

1000 Follies Rd.; P.O. Box 0286
Address

Dallas, Luzerne, Pennsylvania. 18612-0286
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
_X_ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:
Allegheny County Jail
Name (Last, First)

Enhouse Prisoners, Prisoners.
Current Job Title

2nd Ave.
Current Work Address

Pittsburgh, Allegheny, Pennsylvania. 15219
City, County, State, Zip Code

**Defendant 2:**
Judges: Hon. David R. Cashman; Hon. Maria N. Metzel
Name (Last, First)
2nd Ave.
Current Job Title
Judge at County Courthouse; Judge at the Jail.
Current Work Address
Pittsburgh, Allegheny, Pennsylvania. 15219
City, County, State, Zip Code

**Defendant 3:**
Warden 2001-11
Name (Last, First)
Warden 2001-11 Directed Institution.
Current Job Title
2nd Ave
Current Work Address
Pittsburgh, Allegheny, Pennsylvania. 15219
City, County, State, Zip Code

**Defendant 4:**
Correctional Officers (A few Guards).
Name (Last, First)
Care and hold prisoners.
Current Job Title
2nd Ave.
Current Work Address
Pittsburgh, Allegheny, Pennsylvania 15219
City, County, State, Zip Code

**Defendant 5:**
Nurses and Psychiatrists
Name (Last, First)
Care and medicate prisoners.
Current Job Title
2nd Ave.
Current Work Address
Pittsburgh, Allegheny, Pennsylvania 15219
City, County, State, Zip Code

### III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. <u>Attach additional pages</u> if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

At Allegheny County Jail or enroute to in 2 arrests (2001), in 3 arrests (2005), 1 arrest (2006), 1 arrest (2007) at McKeesport Hospital for Hon. Cashman at A.C.J. (Nov.-Feb. 08) sentenced in Sup. Court Decision violation, to Cove Forge (Feb.-Apr. 08). There's Identity Theft to #99357.

B.   On what date did the events giving rise to your claim(s) occur? 1-2008, 2-2009.

During arrests and stays at Allegheny County Jail (A.C.J.) 2001-2011, State Police visits, Ex justifacke Warrants for Murders Investigations, 2009, 2012.

C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

1. S.C.I.-Pittsburgh, State Police, Allegheny Co. Jail (A.C.J.): Cajoled, Megan's Law - Mr. Cruz was put on by Honorable Judge David R. Cashman with no merits at S.C.I.-Pgh., with Ms. Winter (Counselor). Released and I went to many places about it, after I went to West-end State Police and Reported it. No one told me the whole time (13 yrs.) that Hon. Cashman was the Judge that I had not seen.

2. At Pub, Interns (A.C.J.), Arrest: Planned at jail, then at Pub. Honorable Cashman (Inversol), set me up priorly with people and cops on 7/7/2001 at Longo's Bar. I was arrested at my bar for a minor inside complaint and was mistreated (tight cuffs). Released cuffs there, I hit Officer Ponzallyn for it at jail. They rushed me. Hon. Judge awaited there, from up at Bar, inside waiting hall cell, went around came up and shot me in the head. The Director allowed him to follow. Hon. followed the Case 10538-2001... which was set up by him. Check the Traffic Lights at Arlington and Warrington Avenue's, the cops.

Attached Pages...3

O.C.C-3

III-C-3. Case 10538-01: Superior Court 2002, Favorable Decision 2002 Received 2003 with Case 15479-01: Now 1370 W.D.A. 2002;

Superior Court of Pennsylvania filed a "Sentence Vacated in Part/ Affirmed in Part" on Aug. 20th, 2003 Doc. Date Jul. 7th, 2003.

Superior Court of Pennsylvania filed an "Order-Application for Relief is denied Allegheny County District Attorney's Office, Criminal Division" on Feb. 3rd, 2020 Doc. Date Jan. 29th, 2020.

I wrote to Re-open for retaliations ensued. I wrote Filed Dec. 24, 20 at Pittsburgh's Office of Superior Court. Allegheny Courthouse's Criminal Dockets have an entrance of 2020 denied. I guess on my Probation. An aback, that shall have been surrendered like many other things by March of 2003, Gubernador Insubbordination.

4. At Steps, from Gym:
3 people and Hon. Judge set it up, and awaited on steps and attacked Mr. Cruz, tried to stop Mr. Cruz from going upstairs.

5. Superior Court denial(?) Letter: Chain of Commands; Exhausted Remedies talk to Lady A.C. Jail Judge about it. I received a fake closed Case letter, on the run, from Bashing and retaliations... then released... then back. Courts Aloft!!

6. At The Waiting Hall cell:

Mr. Cruz, did not get medical attention... Ms. Roberts at hand, but had no order to interfere, security. In Zone of Danger (Z.O.D.), no protocol.

IV-C-7. At The Waiting Hall by phones: Courts defy, eccentric vendetta; Honorable Judge David R. Cashman had 3-4 guys to hit me with a pair of Brass knuckles (one did). Ran to Holding Cells and then met with Judge Cashman for Pay at Interns. C.O. Edwards watched all along. Signaled me not to, but may have opened the cell to let the imposters in on me while I was asleep with a black-eye. Z.O.D.

8. At The Roll-Out (Shuttle) to Municiple Building:
A C.O. Mondone slapped me for not signing a Postponedment (2) May 14th, 2007 (?) for Hearing... Postponed it anyway.

9. At Beltzhoover, Penna. "Candy Store":
Mr. Cruz was let out a few times (in and out), I went into "The Bey's Store" on Beltzhoover Ave. and Climax St. with a few kids to buy them all something. As we all walked out of The Store... I was shot a few times by Police Officers 1. Mr. Johns #115  2. Johnson #118 and Mr. Weston #129. Picked me up in pieces, then dropped me off in Western Psych. Oakland, PA. in pieces to Staff.

10. At State Police Station, Interns, after arrest at Coroapolis, PA.:
State Police brought me in from Barracks after Officer smacked me for no reason, Hon. Cashmans order or bet. County Judge helped me to get me back out there to Report to Judge Cashman's Megan's Law

with no Merits out to West-end. Officers visited Mr. Cruz everywhere for no reason, I reported to it monthly on a unanymous Judge's Order.

III-C 11. How many Evaluations would I need to Live among the Mortals, Mortuary. I had seen Psychiatrist Mr. William N. Sandstone. Yet I don't know if he had to sign or agree/disagree. I have been sent to or taken to:
Love Forge - 2008
Torrence - 2007, 2017
Western Psychologist/Psychiatrist - 2001, 2005, 2007, 2009
From Allegheny County Jail to elsewhere as if the Doctors there's opinion does not count.

12. Allegheny County Courthouse's Cloaks and Daggers believe they have got away for Killing Francisca (Killie) Hostos in the Courthouse's Yard. The C.E.O. wants an investigation of why haven't these accomplices witnesses have come forward. She is still is my Guardians.
The Courts has not, The Courts have not stop paying culprits, have not Reprove, did not slap on the hands, did not Scold, did not Scorn, had not Reprieve nor Reprimand Honorable Judge David R. Cashman for his Eccentric Actions, Vendetta, Revengeful, Retaliations and neither has Did Institution.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed. They were in violation of the Constitution of the United States of America, and/or Laws of the United States, in violation of 1,2,4,5,6,7,9,11,12,14, and 18 Amendments, and Acted under the color of Federal, State and Local Laws, Statutes, Ordinances, Rules, Regulations and Norms of this Institution. They violated: Jay Walker, Warrants (Ex-justifacke Warrants), Untulible, Forma Pauperis, Miranda Rights, Were Biased, No Impartiality, Hate Crimes, Invaded Ordinances residence and Fired weapon on Resident, Bashing, Gave, set Orders at A.C.J., Crimes and Permissions to arrest, to Fire on accost of Mr. Cruz, Cruel and Unusual Punishments, Retaliations, made me face the Death Penalty with No Evidence, Megan's Law for 13 years in West-end, Pittsburgh with No Merits, Allowed disrespect of Favorable Superior Court Decisions, Due Process Clause, I want $250,000,000.00 for Damages of: Compensative, Commulative, Punitive, Denominal, Nominal, Punitive, Pain and Suffering and the Sufferings of the Homocidal Attempts, Incommunicado (2008), Zone of Danger!!

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Attached Pages...1

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Attached Pages...1

OCC-3

V-Injuries:

Identity theft; False Arrests; Zone of Danger; Incommunicado (2008- Allegheny County Jail); Megan's Law (13 yrs. with No Judge, No Merits.); Sore Scarred Wrists, Sprang Ankle, Headaches, Sore Cheeks, aghast, Almost busted left eye (Black-eye off of a pair of Brass knuckles, other C.O. opened Holding-Cell while slept and attacked again, Blurred Vision, Exhausted Remedies/Chain of Commands; No Medical Attention (Ms. Roberts) no security, Slapped by C.O. Mondone for not Postponing by signing; Feelings Hurt, Broke amorous relationship of seven yrs. Chase me Homeless for 2½ mo. The Governor of Pittsburgh of Penna. Shot in the head, Brain showing taken to Western Psych.; Had 1,000's of fights while On Persecution, Prosecution, Lifer.

VI-Relief:

See a Dentist-Perodontist. Crimes had not stop paying, did not reprove, did not slap on the hand - clapped his instead, did not scold, did not scorn, had not reprieve nor reprimand Mister David Ronald Cashman (Inversol), the Judge or the Doctor. Relief Incommunicado (2008) from Cashman at Pittsburgh, PA. U.S.P.S. Relief Zone Of Danger, of Executioners Title-Commissioners of Alleg.,PA. Relief Money Compensations & of Voting 2019 in Camp Hill, PA. S.C.I. Relief of Megan's Law and S.O.R.N.A. (Feds). Relief of 619 (Money Lien); 714 (Not to be alone in my Ordinance Home.); 804 (Business-Properties decided in 1989); Inheritances (805), like Evil Knieval & Morgan Freeman.



## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_5/Feb./2021_____
Date

From:
Abraham (Junior) Cruz
SCI-Dallas NY-2555
1000 Follies Rd. / P.O. Box 0286
Dallas, Penna. 18612-286

Inmate mail

U.S. POSTAGE >> PITNEY BOWES
ZIP 18612
02 4W
0003566635 FEB 12 2021
$ 002.20

RECEIVED
WILKES BARRE
FEB 22 2021
PER _____

JWS-X-RAY

To: United States District Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, Penna. 18701